1 | MELINDA HAAG (CSBN 132612)
United States Attorney
2 | JOANN M. SWANSON, (CSBN 88143)
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, (NY SBN 3052909)
4 | Assistant United States Attorney
Email: Ila.Deiss@usdoj.gov
5
    450 Golden Gate Avenue, Box 36055
6 | San Francisco, California 94102
Telephone: (415) 436-7124
7 | FAX: (415) 436-7169

8 | Attorneys for Defendants

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12 | SANDRA SANDA WIN,                                ) No. C 10-4934 JCS
                                                     )
13 |                Plaintiff,                        )
                                                     )
14 |        v.                                        )
                                                     ) **STIPULATION OF DISMISSAL; and**
15 | DONALD NEUFELD, Associate Director,              ) **[~~PROPOSED~~] ORDER**
United States Citizenship and Immigration            )
16 | Services, Nebraska Service Center; ERIC H.       )
HOLDER, JR., Attorney General of the United          )
17 | States; JANET NAPOLITANO, Secretary,             )
Department of Homeland Security;                     )
18 | ALEJANDRO MAYORKAS, Director, United             )
States Citizenship and Immigration Services;         )
19 |                                                  )
                Defendants.                           )
20 | _____ )

21

22

23 |        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the

24 | defendants hereby stipulate to dismiss, with prejudice, the entire above-captioned action. It is

25 | further stipulated that each party shall bear its own costs and fees, and the Court may issue an

26 | appropriate order.

27 | ///

28

Stipulation of Dismissal and ~~proposed~~ order
C10-4934 JCS

1    IT IS SO STIPULATED.

2

3

4    Dated: January 24, 2011                          /s/
                                            Harry G. Lewis
5                                           Attorney for Plaintiff

6

7    Date: January 24, 2011                 MELINDA HAAG
                                            United States Attorney
8

9                                                     /s/
                                            ILA C. DEISS
10                                          Assistant United States Attorney
                                            Attorney for Defendants
11

12                              **ORDER**

13        Pursuant to the Stipulation of Dismissal, and for good cause show,

14        IT IS HEREBY ORDERED that the above-captioned action is dismissed, with prejudice,

15   and that each party shall bear its own costs and fees.

16        IT IS   SO ORDERED.

17

18

19

20   Dated: January 25, 2011
           _____        _____
21                                       JOSEPH
                                         UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28
     Stipulation of Dismissal and ~~proposed~~ order
     C10-4934 JCS                          2